Brent H. Blakely (SBN 157292)
Cindy Chan (SBN 247495)
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410
*Attorneys for Plaintiff*
*General Motors Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | CASE NO. CV 07-2065 CAS (PLAx) |
| Plaintiff, | ***ORDER TO SHOW CAUSE RE CONTEMPT*** |
| vs. | HEARING |
| X-TREME TOYS, CORP., | Date: **May 5, 2008** |
| Defendants. | Time: **10:00 A.M.** |
| | **HON. CHRISTINE A. SNYDER** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Plaintiff General Motors Corporation ("Plaintiff" or "GM") having presented to this Court sufficient grounds to initiate a contempt proceeding, **Defendant A A Importer, Inc.** is hereby ordered to appear on **May 5, 2008** at **10:00 A.M.** in the above-entitled Court located at 312 North Spring Street in Los Angeles, California show cause why A A Importer, Inc. should not be held in contempt of this Court's Preliminary Injunction order, dated May 10, 2007 enjoining and restraining Defendant from using any reproduction, counterfeit, copy or colorable imitation of the GM Hummer Marks in connection with the manufacture, importation, purchase,

1    distribution, marketing, advertisement, offer for sale and/or sale of goods that are not

2    the genuine products of Plaintiff GM pending trial in this action.

3        **IT IS FURTHER ORDERED THAT** this Order to Show Cause shall be

4    served on Defendant A A Importer, Inc. no later than April 9, 2008.  Proof of such

5    service shall be filed at least three (3) court days prior to the hearing.

6        Any opposition papers to the Order to Show Cause shall be filed and served on

7    Plaintiff by personal service, facsimile transmission, or overnight mail no later than

8    April 21, 2008. Any reply papers to the opposition shall be filed and served on

9    Defendant A A Importer, Inc. by personal service, facsimile transmission, or overnight

10   mail no later than April 28, 2008.

11

12   DATED:     April 2, 2008

13                         Honorable Christine A. Snyder
                          **United States District Court Judge**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order to Show Cause re Contempt