UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-2065-CAS(PLAx) | Date | June 26, 2008 |
|---|---|---|---|
| Title | *GENERAL MOTORS CORPORATION v. X-TREME TOYS CORP; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) - ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 11, 2008** why this action should not be dismissed for lack of prosecution **as to defendants SUNLIGHT TOYS IMPORT, INC., an unknown business entity also known as Seal E; CHARLES KIM, an individual also known as Seal H; and REMART, an unknown business entity also known as Seal O, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) **A proof of service of summons and first amended complaint on defendants SUNLIGHT TOYS IMPORT, INC., an unknown business entity also known as Seal E; CHARLES KIM, an individual also known as Seal H; and REMART, an unknown business entity also known as Seal O, only**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |

cc:    Counsel