1  Brent H. Blakely (SBN 157292)
   brentblakely@earthlink.net
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410
   *Attorneys for Plaintiff*
6  *General Motors Corporation*

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 GENERAL MOTORS CORPORATION, | ) CASE NO. CV 07-2065 CAS (PLAx) |
| 12              Plaintiff, | ) ***ORDER TO SHOW CAUSE RE CONTEMPT OF PRELIMINARY INJUNCTION ORDER BY DEFENDANT YMC*** |
| 13         vs. | |
| 14 X-TREME TOYS, CORP., | ) HEARING |
| 15              Defendants. | ) Date: **November 3, 2008** |
| 16 | ) Time: **10:00 A.M.** |
| 17 | ) Courtroom: **5, 2nd Floor** |
| 18 | )     **HON. CHRISTINA A. SNYDER** |

19  **TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

20       Plaintiff General Motors Corporation ("Plaintiff" or "GM") having presented to

21  this Court sufficient grounds to initiate a contempt proceeding, **Defendant**

22  **YMCtoys.com** is hereby ordered to appear on November 3, 2008 at 10:00 a.m. in the

23  above-entitled Court located at 312 North Spring Street in Los Angeles, California

24  show cause why YMCtoys.com should not be held in contempt of this Court's

25  Preliminary Injunction order, dated January 28, 2008 enjoining and restraining

26  Defendant from using any reproduction, counterfeit, copy or colorable imitation of the

27  GM Hummer Marks in connection with the manufacture, importation, purchase,

28

1  distribution, marketing, advertisement, offer for sale and/or sale of goods that are not
2  the genuine products of Plaintiff GM pending trial in this action.
3      **IT IS FURTHER ORDERED THAT** this Order to Show Cause shall be
4  served on Defendant YMCtoys.com no later than October 8, 2008.  Proof of such
5  service shall be filed at least three (3) court days prior to the hearing.
6      Any opposition papers to the Order to Show Cause shall be filed and served on
7  Plaintiff by personal service, facsimile transmission, or overnight mail no later than
8  October 17, 2008. Any reply papers to the opposition shall be filed and served on
9  Defendant YMCtoys.com by personal service, facsimile transmission, or overnight
10 mail no later than October 24, 2008.

12 DATED:    October 1, 2008            _____
13                                       Honorable Christina A. Snyder
                                         **United States District Court Judge**